# Notice Recipients

District/Off: 0207−8      User: admin      Date Created: 9/20/2021
Case: 8−21−71651−ast      Form ID: 245      Total: 7

**Recipients of Notice of Electronic Filing:**
tr      Kenneth P Silverman      efilings@spallp.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Long Island Real Estate Equities Corp.      820 Macon Place      Uniondale, NY 11553
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      NYS Unemployment Insurance      Attn: Isolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437
10007804      LoanFunder LLC Series 2529      31 East 24th Street      Huntington Station, NY

TOTAL: 6