# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/20/2021 |
| Case: 8−21−71651−ast | Form ID: 309C | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Long Island Real Estate Equities Corp. | 820 Macon Place    Uniondale, NY 11553 |
| tr | Kenneth P Silverman    Silverman Acampora LLP    100 Jericho Quadrangle    Suite 300    Jericho, NY 11753 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYS Unemployment Insurance    Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 | |
| smg | United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 | |
| 10007804 | LoanFunder LLC Series 2529    31 East 24th Street    Huntington Station, NY | |

TOTAL: 7